FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2021

No. 04-21-00265-CV

**IN THE INTEREST OF B.M.S. AND J.R.S., CHILDREN**

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 18-11-25367-CV
Honorable Vivian Torres, Judge Presiding

## O R D E R

The Appellant's Second Motion for Extension of Time to File Appellant's Brief is hereby GRANTED. The Appellant's Brief is due October 11, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court